UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA ex rel.           :
AIMEE CASTOIRE,                            :            19 Civ. 4326 (LGS)
                        Plaintiff,    :
:                       ORDER
            -against-                :
:
COBBLE HILL HEALTH CENTER,                 :
                      Defendant.    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an order issued July 7, 2023, stated that the Complaint in this matter would be unsealed thirty days after entry of this Order. It further stated that all documents filed in this action would remain under seal, except the Complaint, the July 7, 2023, order, and the Government's Notice of Election to Decline Intervention. It is hereby

      **ORDERED** that, in accordance with the July 7, 2023, order, this action is **UNSEALED**. It is further

      **ORDERED** that the relator shall file the Complaint and the Government shall file the Notice regarding intervention on the public docket by **August 25, 2023**.

      The Clerk of Court is respectfully directed to unseal the case caption but to maintain all docket entries issued prior to this order under seal.

Dated: August 22, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AIMEE CASTOIRE,<br><br>Plaintiff,<br><br>v.<br><br>COBBLE HILL HEALTH CENTER INC.,<br><br>Defendant. | 19 Civ. 4326 (LGS)<br><br>**FILED UNDER SEAL** |

**[~~PROPOSED~~] ORDER**

The United States of America (the "United States") having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the *qui tam* complaint filed by the relator in the above-captioned action;

IT IS HEREBY ORDERED THAT:

1. The complaint shall be unsealed thirty days after entry of this Order; and, in the event that the relator has not moved to dismiss this action, service upon the defendant by the relator is authorized as of that date. If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

2. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the relator's complaint, this Order, and the Government's Notice of Election to Decline Intervention (the "Government's Notice of Declination"). The relator will serve upon the defendant this Order and the Government's Notice of Declination only after service of the complaint.

3.  Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4.  The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States. The United States may order any transcripts of depositions. The United States may seek to intervene with respect to the allegations in the relator's complaint, for good cause, at any time, and may seek dismissal of this action upon intervention.

5.  All further orders of this Court in this matter shall be sent to the United States by the relator.

6.  Should the relator or the defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the party or parties proposing such relief must solicit the written consent of the United States before applying for Court approval.

Dated: July 7, 2023                                         SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**