UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA ex rel.                              :
  AIMEE CASTOIRE,                                             :        19 Civ. 4326 (LGS)
                                  Plaintiff,                  :
                                                              :        ORDER
            -against-                                         :
                                                              :
COBBLE HILL HEALTH CENTER,                                    :
                                  Defendant.                  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order issued July 7, 2023, stated that the Complaint in this matter would be unsealed thirty days after entry of this Order, and an order issued August 22, 2023, directed the relator to file the Complaint on the public docket by August 25, 2023.

WHEREAS, no such Complaint was filed.  It is hereby

**ORDERED** that the relator shall file the Complaint on the public docket by **September 8, 2023**.

Dated: September 6, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**