UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.
AIMEE CASTOIRE,               :       19 Civ. 4326 (LGS)
                Plaintiff,
                              :       ORDER
        -against-
COBBLE HILL HEALTH CENTER,
                Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, all of the issues in this matter have been resolved. It is hereby

    **ORDERED** that the Clerk of Court is respectfully directed to close this case.

Dated: October 3, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE